IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEREMIAH L. JOHNSON,  )
)
     Plaintiff,  )
)
v.  )    Case No. 2:25-cv-00382-RAH
)
CHILTON COUNTY JAIL,  )
)
     Defendant.  )

## ORDER AND FINAL JUDGMENT

On May 19, 2025, Plaintiff filed this action against the Chilton County Jail. Plaintiff complains that the speaker system only works on occasion and that he has no 1-on-1 time with his attorney. He seeks to better the court system.

On December 1, 2025, the Magistrate Judge recommended (*see* doc. 10) dismissal of this case because Plaintiff had failed to file a certified prison account statement as previously ordered (*see* doc. 3).

No objection has been filed to the Magistrate Judge's Recommendation although Plaintiff has filed several "letters" that address other, unrelated concerns. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 10) is **ADOPTED**;

2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** as moot;

3. This case is **DISMISSED**;[1] and,

---

[1] The only named defendant is the Chilton County Jail. A county jail is not a suable defendant. Accordingly, for this additional reason, this case is due to be dismissed without prejudice.

4.  The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 29th day of December 2025.


R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE